**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Larry Nobles, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LARRY NOBLES, JR., | Case No. 3:18-cv-02239-YY |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO WITHDRAW MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

This court, having reviewed the Memorandum of plaintiff's counsel, and being otherwise fully advised

HEREBY GRANTS plaintiff's Motion to withdraw his Motion for an Award of Attorney Fees Pursuant to EAJA, filed mistakenly January 5, 2023

DATED this __9th__ day of January, 2023.

/s/ Youlee Yim You
U.S. Magistrate Judge