**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Larry Nobles, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LARRY NOBLES, JR., | Case No. 3:18-cv-02239-YY |
| Plaintiff, | |
| vs. | ORDER AWARDING ATTORNEY FEES UNDER 42 U.S.C. §406(b) |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

This court, having reviewed the Memorandum of plaintiff's counsel, and being otherwise fully advised

HEREBY AWARDS attorney fees pursuant to 42 U.S.C. §406(b), in the amount of $9,470.19, and without offsetting $5,476.52 Equal Access to Justice (EAJA) Fees that had been awarded but applied to plaintiff's unpaid child support obligation under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006).

DATED this  9th  day of January, 2023.

/s/ Youlee Yim You
U.S. Magistrate Judge